UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CEDRIC BISHOP,

                Plaintiff,

-v-

DJI TECHNOLOGIES, INC.,

                Defendant.

CIVIL ACTION NO.: 20 Civ. 10605 (PAE) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge:

This action has been referred to the undersigned for General Pretrial Supervision. (ECF No. 6). The Complaint in this action was served on March 19, 2021, with Defendant's Answer due on April 9, 2021. (ECF Nos. 7–8). No Answer having been filed on the docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **Friday, April 23, 2021**, and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Paul A. Engelmayer, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **Friday, May 7, 2021**.

Dated:      New York, New York
             April 16, 2021

                                          SO ORDERED

                                          _____
                                          **SARAH L. CAVE**
                                          **United States Magistrate Judge**